# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| ISELA KARINA BANUELOS MOLINA, <br> Petitioner, | § § § § § | CIVIL ACTION NUMBER <br> 4:26-cv-00701 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| MARTIN FRINK, *et al*, <br> Respondents. | § § § | |

## ORDER

Petitioner Isela Karina Banuelos Molina filed a petition for a writ of *habeas corpus* on January 29, 2026. Dkt 2. Prior order directed the Government to file a response to the petition. Dkt 4. The Government filed a motion for summary judgment. Dkt 6.

Petitioner then filed an amended petition, raising additional arguments in favor of the relief requested. Dkt 7. This petition was filed without first seeking leave to amend and appears to rely on arguments that Petitioner plainly could have presented in the prior petition. The Government responded on the merits with an additional motion for summary judgment. Dkt 8. But the Government doesn't state its position as to whether the subsequent filing by Petitioner constitutes an abuse of the writ.

The Government is ORDERED to make a filing stating its position in this regard by March 18, 2026.

Petitioner may file any reply by March 23, 2026.

So ordered.

Signed on March 12, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge